**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 95-8594

BENJAMIN HENDERSON JONES,

Plaintiff - Appellant,

versus

BERT M. MONTAGUE; PATRICIA S. CONNOR; JUDITH
CAREEN; STEVEN H. GOLDBLATT; MICHELLE J.
ANDERSON; DAURIE J. SIMMONS,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. James C. Cacheris, Chief
District Judge. (CA-95-1681-AM)

Submitted: May 16, 1996          Decided: June 3, 1996

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Benjamin Henderson Jones, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing his 42 U.S.C. § 1983 (1988) complaint without prejudice. The complaint may be saved by amendment. Thus, we have no jurisdiction over the current appeal. <u>Domino Sugar Corp. v. Sugar Workers Local Union 392</u>, 10 F.3d 1064, 1067 (4th Cir. 1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>